JS-6

STEPHEN M. HARBER, STATE BAR #119830
JULIAN S. SMITH, STATE BAR #309241
McCUNE & HARBER, LLP
515 South Figueroa Street, Suite 1100
Los Angeles, California 90071
Telephone: (213) 689-2500
Facsimile: (213) 689-2501
sharber@mccuneharber.com and jsmith@mccuneharber.com

Attorneys for Defendant, COSTCO WHOLESALE CORPORATION

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| NASSER AHDOOT,<br><br>　　Plaintiff,<br><br>vs.<br><br>COSTCO WHOLESALE CORPORATION, and DOES 1 through 20, Inclusive,<br><br>　　Defendants. | Case No: 2:21-CV-05633 RSWL (JCx)<br><br>Assigned to<br>District Judge Ronald S. W. Lew and Magistrate Judge Jacqueline Chooljian<br>(Complaint filed on April 14, 2021)<br><br>**ORDER OF STIPULATION OF DISMISSAL**<br><br>Trial Date: March 14, 2023<br>FPTC Date: February 21, 2023 |

**ORDER**

Having considered the Parties' Stipulation Re Request for Dismissal and finding that good cause exists, this Court orders that:

With good cause, Plaintiff's case 2:21-CV-05633RSWL(JCx) is **DISMISSED** with prejudice.

IT IS SO ORDERED.

DATED:  March 9, 2023          　　　　*/S/ RONALD S.W. LEW*
　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**